JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual, | Case No.: CV 21-7832-GW-JEMx |
| Plaintiff, | *Hon. George H. Wu* |
| v. | |
| DEL AMO ASSOCIATES, LLC, a Delaware limited liability company; BEVERAGES & MORE, INC., a Delaware corporation; and Does 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed: October 1, 2021<br>Trial Date: Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendants Del Amo Associates, LLC; Beverages & More, Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  August 4, 2022

_____
Hon. George H. Wu
United States District Judge

2
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE